Morgan, Lewis & Bockius LLP
1717 Main Street
Suite 3200
Dallas, TX 75201-7347
Tel. +1.214.466.4000
Fax: +1.214.466.4001
www.morganlewis.com

**Morgan Lewis**

**Allyson N. Ho**
Partner
+1.214.466.4180
aho@morganlewis.com

July 28, 2015

**VIA CM/ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:     Nos. 15-277, 15-279
        *Stevens v. Rite Aid Corp.*

Dear Ms. Wolfe:

As directed by Order dated February 13, 2015 (ECF Doc. #19), Appellant-Defendant provides the Court with a status update of the pending post-trial motions. The briefing for Appellant's Rule 50 and 59 Motions is now complete. The district court took the motions on the papers, and they are still pending at this time.

We appreciate your time and consideration in this regard.

Sincerely,

Allyson N. Ho

ANH/lks

Almaty  Astana  Beijing  Boston  Brussels  Chicago  Dallas  Dubai  Frankfurt  Harrisburg  Hartford  Houston  London  Los Angeles  Miami  Moscow
New York  Orange County  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Santa Monica  Silicon Valley  Tokyo  Washington  Wilmington